UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LISA G. MOON,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>        Defendant. | CASE NO. C09-5124 RBL<br><br>ORDER |

THIS MATTER having come before the Court on a Stipulation for Agreed Order of Dismissal and the Court having reviewed the Report and Recommendation submitted by Magistrate Judge J. Richard Creatura, objections to the report and recommendation [Dkt. # 17], it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter be dismissed with prejudice and without costs to either side.

DATED this 23rd day of September, 2009.

RONALD B. LEIGHTON
United States District Judge

ORDER - 1